# UNITED STATES BANKRUPTCY COURT

**SOUTHERN DISTRICT**

| | | | |
|---|---|---|---|
| In re | Jimmy Dale Voyls, | Case No: | **10-31652** |
| Property Address: | **15614 Boulder Oaks Drive, Houston, TX 77084** | Chapter: | **13** |
| Last four digits of any number you use to identify the debtor's account: | XXXXXX5507 | | |
| Court Claim No. (if known) | 7 | | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**Nationstar Mortgage LLC**

("Creditor") hereby responds to that certain Notice to of Final Cure Payment ("Cure Notice") dated **3/24/2015** and filed as Docket No. **153**

### Pre-Petition Default Payments    Applicable option is checked

✗ Agrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:  **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments    Applicable option is checked

✗ Agrees that Debtor(s) is/are current with respect to all payments consistent with §1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is/are current with respect to all payments consistent with §1322(b)(5) of the Bankruptcy Code, and states that the total amount due to cure post-petition arrears is:

Total Amount Due:  **$0.00**

Attached as Schedule of Amounts Outstanding on Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

RESPECTFULLY SUBMITTED,

X /s/ Jeffry B. Lewis                                  Date   4/16/2015
Signature                                                     mm/dd/yyyy

Name: Jeffry B. Lewis
      First Name   Middle Name   Last Name

Title   Attorney for Creditor

Company ROBERTSON ANSCHUTZ VETTERS

Address 10333 Richmond Avenue, Suite 550
        Number      Street

        Houston, TX 77042
        City                          State    ZIP Code

Phone:  (713) 980-9500

## Certificate of Service

I, the undersigned, hereby certify that on April 16, 2015, a true and correct copy of the foregoing Response to Notice of Final Cure Payment was served upon those persons and entities listed below by either electronic mail or first class U.S. mail. I certify under penalty of perjury that this is true.

**DEBTORS:**
Jimmy Dale Voyles
15614 Boulders Oaks Dr
Houston, TX 77084

**DEBTORS' ATTORNEY:**
Michael Glyn Busby, Jr
Busby and Associates
2909 Hillcroft
Ste 350
Houston, TX 77057

**TRUSTEE:**
William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024

By: */s/ Jeffry B. Lewis*
       Jeffry B. Lewis